# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LYNN M. IZZO,**

        **Plaintiff,**

**-vs-**          **Case No. 6:07-cv-1365-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **AFFIDAVIT OF INDIGENCY (Doc. No. 2)**
>
> **FILED:**      **August 29, 2007**
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Plaintiff Lynn M. Izzo seeks to proceed in this case without prepayment of fees. She filed an affidavit of indigency, doc. no. 2, and subsequently supplemented it with additional information pursuant to my order, doc. no. 9. The supplemental affidavit reflects that Izzo has $3,500 in financial institutions, not including $43,500 in IRA accounts. She also has equity in a home, and is able to pay her customary living expenses with the help of individuals who live with her. Doc. No. 9 at 2.

Under these circumstances, I conclude that requiring Izzo to pay the filing fee in this case would not render her unable to pay her living expenses. *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004). I, therefore, respectfully recommend that the plaintiff's application be denied and that, if the required filing fee is not paid within 11 days from the date of any order adopting this Report and Recommendation, the case be dismissed.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 7, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy