UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LYNN M. IZZO,

                Plaintiff,

-vs-                                            Case No.  6:07-cv-1365-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
_____

# ORDER

This case is before the Court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed August 29, 2007.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 7, 2007 (Doc. No. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_L\_\_\_ day of December, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party